BEFORE THE SECOND DIVISION, MARCH 8, 1960

No. 63925.—Inter Maritime Fdg. Co., Inc. *v.* United States, protests 59/13446, 59/19665, and 59/15466 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of Tutch latches the same in all material respects as those the subject of *Linread Products, Inc.* v. *United States* (39 Cust. Ct. 262, C.D. 1939), the claim of the plaintiff was sustained.